# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EARLE DRACK
:
No. 228 MAL 2016
:
:
:
v.
:
Petition for Allowance of Appeal from
:
the Order of the Commonwealth Court
:
MS. STACY HAMILTON OPEN
:
RECORDS OFFICER BOROUGH OF
:
CARLISLE
:
:
:
v.
:
:
:
YIS/COWDEN GROUP
:
:
:
PETITION OF:  EARLE DRACK
:

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.